IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cr-429-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**HARRY SCHREIBER,**

        Defendant.

## **ORDER**

Kane, J.

Defendant Harry Shreiber's Motion to Reconsider Magistrate Gudrun Rice's Order of Detention and Denial of Bond (doc. #12), filed October 14, 2008, is **DENIED**. Pursuant to 18 U.S.C. § 3145(b), only the district court having original jurisdiction over the offense has authority to review the magistrate judge's detention order. *See id.*; *United States. v. Cisneros*, 328 F.3d 610, 615 (10th Cir. 2003); *United States v. Evans*, 62 F.3d 1233, 1237 (9th Cir. 1996). Accordingly, Defendant must submit his motion for reconsideration to the District Court for Western District of Texas, the court having original jurisdiction in this case.

Dated this 16th day of October, 2008.

                                              BY THE COURT:

                                              ***S/John L. Kane***
                                              John L. Kane, Senior Judge
                                              United States District Court